Gilbert **PICQUET III,** Appellant,

v.

Jeanette **PICQUET,** Appellee.

No. 01–05–00084–CV.

Court of Appeals of Texas, Houston (1st Dist.).

Jan. 12, 2006.

Gilbert Picquet III, Rosharon, pro se.

Frank E. Mann III, Houston, for appellee.

Panel consists of Justices NUCHIA, KEYES, and HANKS.

## OPINION

PER CURIAM.

Appellant's brief was due on September 30, 2005. The Court granted appellant's motion for an extension of time and set November 12, 2005 as the deadline for appellant's brief. On December 7, 2005, the Clerk of the Court notified appellant in writing that unless appellant filed his brief by 5:00 p.m. on December 27, 2005, this appeal would be subject to dismissal without further notice. Appellant has not filed his appellate brief.

Accordingly, for the reasons set forth in the order of December 7, 2005, this appeal is dismissed.